NORTH CAROLINA

GUILFORD COUNTY

IN THE GENERAL COURT OF JUSTICE
SUPERIOR COURT DIVISION
File No. 06 CVS 4455

| | | |
|---|---|---|
| TAKESIX TRADING FUND, LP | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **AMENDED COMPLAINT** |
| | ) | |
| PRENTIS B. TOMLINSON, JR., | ) | |
| THOMAS E. HARDISTY, | ) | |
| SHORELINE PARTNERS, LLC, | ) | |
| | ) | |
| Defendants. | ) | **JURY TRIAL REQUESTED** |

Plaintiff, complaining of defendants, and amending its complaint as of right pursuant to Rule 15(a) of the North Carolina Rules of Civil Procedure, alleges and says:

1.  Plaintiff is a limited partnership with principal place of business in Cabarrus County, North Carolina.

2.  Defendant Prentis B. Tomlinson, Jr. is, upon information and belief, a citizen and resident of Washington, D.C.

3.  Defendant Thomas E. Hardisty is, upon information and belief, a citizen and resident of the State of Texas.

4.  Defendant Shoreline Partners, LLC (hereinafter "Shoreline Partners") is, upon information and belief, a limited liability company formed under the laws of the State of Delaware with a principal place of business in State of Texas.

5.  Defendants Tomlinson and Hardisty at all times in the matters alleged herein represented and were agents for themselves and defendant Shoreline Partners.

6.     A substantial part of Shoreline Partners' business operations are in the State of North Carolina. Shoreline Partners has employed at least two sales agents, Mark McPartland and Sheree Friedman, in the State of North Carolina, and has solicited or attempted to solicit numerous investments in the State of North Carolina.

7.     At no time in the matters alleged herein was Shoreline Partners registered with the North Carolina Secretary of State as a foreign limited liability company or otherwise authorized to do business in North Carolina.

8.     Upon information and belief, the individual defendants, at all times in the matters herein alleged, comprised a combination of persons whose property, labor, and/or skill were joined in a common business or venture under an agreement or agreements to share profits or losses and where each individual stood as an agent to the other and to the business.

9.     In or about early 2001, defendant Hardisty contacted plaintiff's principal, Terry Gandy, in Charlotte, North Carolina, seeking plaintiff's participation in an alleged natural gas drilling project.

10.     In the initial telephone conversations between defendant Hardisty and Mr. Gandy, defendant Hardisty invited Mr. Gandy to Houston, Texas, to discuss the project further.

11.     Mr. Gandy thereafter traveled to Houston to visit with defendants. At a meeting among Mr. Gandy, defendant Tomlinson, and defendant Hardisty in early 2001, defendants Tomlinson and Hardisty presented Mr. Gandy with a document entitled "Historical Drilling Record For Years 1969 to 2000" (hereinafter the "Drilling Record," a copy of which is attached hereto as **Exhibit A**), listing various drilling projects in which entities controlled by

2

either or both individual defendants had purportedly drilled oil or gas wells, the purported cost each of such project, and the purported result of each such project.

12. Upon information and belief, the information contained in the Drilling Record was materially false. In particular, upon information and belief, the Drilling Record vastly overstated the number of projects involving entities in which one or both of the individual defendants were principals and in which producing wells resulted.

13. In the discussions in Houston, Texas in early 2001, defendant Tomlinson represented that investors could reasonably expect large returns and would, regardless of the ultimate success of the project, obtain substantial tax incentives. Defendants promised Mr. Gandy that subscription agreements for the private placement involving the Angie Project would be delivered to plaintiff shortly thereafter.

14. In reliance on defendants' representations about the Angie Project, including those described herein, plaintiff delivered to defendants the sum of $110,000.00 on or about February 5, 2002, the sum of $49,000.00 on or about March 1, 2002, the sum of $59,000.00 on or about March 8, 2002, the sum $50,000.00 on or about April 11, 2002, and the sum of $25,000.00 on or about June 3, 2002.

15. Subsequent to plaintiff's delivery of the funds set forth in the previous Paragraph, defendant Tomlinson informed Mr. Gandy that the Angie Project would not go forward because defendants had located a better prospect. As a result, defendants informed Mr. Gandy, defendants were rolling over plaintiff's funds into the so-called South Sweeney Project in Texas.

3

16.     Defendants later informed Mr. Gandy that, upon further investigation, the South Sweeney Project did not appear as favorable as initially thought and, as a result, defendants were rolling over plaintiff's funds into the so-called Hightower Prospect in Liberty, Texas.

17.     In or about October 2002, telying on defendant Tomlinson's representations, Mr. Gandy caused plaintiff to deliver to defendants the sum of $15,000.00 on or about October 17, 2002.

18.     Defendant Tomlinson subsequently informed plaintiff that another project, the so-called Northwest Oakvale Dome Prospect in Jefferson Davis County, Mississippi (hereinafter the "Northwest Oakvale" project) appeared superior to the Hightower Prospect project and that, as a result, defendants had decided to roll plaintiff's funds over into the Northwest Oakvale project.

19.     The offering documents prepared by defendants relating to the Northwest Oakvale Dome Prospect represented that a maximum of $1,120,500.00 in investments would be accepted. In fact, assuming that all of the previous funds collected by defendants in the various projects described herein were, in fact, rolled over into the Northwest Oakvale project, an aggregate of many times the alleged offering maximum for the project was collected by defendants for the Northwest Oakvale project.

20.     In or about mid-2003, defendants reported that the Northwest Oakvale project had come in dry.

21.     Upon information and belief, the majority of funds that defendants collected for the various projects described herein, including plaintiff's funds, were not used for the stated

4

business purposes, but were instead used for the personal purposes of the individual defendants.

22. Plaintiff reasonably and justifiably believed that defendants were operating a legitimate business venture, that the defendants had reason to believe that the projects they touted were reasonably likely to become producing wells, that the funds placed with defendants would generate tax incentives in favor of plaintiff, that the defendants had extensive and successful experience in drilling gas and oil wells as shown in the Drilling Record, and that defendants would accept no more than the maximum subscription amounts shown in defendants' offering memoranda.

23. Since Shoreline Partners was at no time in the matters alleged herein registered with the North Carolina Secretary of State as a foreign limited liability company or otherwise authorized to do business in North Carolina, the individual defendants, who comprised a combination of persons whose property, labor, and/or skill were joined in a common business or venture under an agreement or agreements to share profits or losses and were each individual stood as agent to the other and to the business, are themselves liable to plaintiff for Shoreline Partners' breaches of duty.

24. Despite numerous promises by defendant Tomlinson, defendants never delivered to plaintiff a subscription agreement for any of the funds delivered by plaintiff to defendants. As a result, plaintiff was unable to claim any tax incentives that investments in gas or oil exploration projects would have entailed.

5

25. Defendants made repayments of the funds advanced by plaintiff in the following amounts and dates: $10,000.00 on or about October 21, 2002; $1,000.00 on or about December 12, 2002; and $1,500.00 on or about January 21, 2003.

26. It was in or about mid-2003 that plaintiff, when defendants reportedthat the Northwest Oakvale project had come in dry, began to suspect that defendants were defrauding him. Before this time, as a result of defendants' efforts to conceal their wrongdoing, plaintiff reasonably did not know, suspect, or have reason to know or suspect of defendants' wrongdoing.

27. Defendants Tomlinson and Hardisty, upon information and belief, are the sole shareholders and/or owners of defendant Shoreline Partners, an entity which they operate as a mere instrumentality of themselves and/or as a shield for activities in violation of the public policies of this State, and which is there alter ego.

28. The acts described herein were, upon information and belief, the result of an agreement between defendants Tomlinson and Hardisty to perform unlawful acts or to do lawful acts in an unlawful way and resulted in injury to plaintiff inflicted by one or both individual defendants, and was pursuant to a common scheme.

29. At all times pertinent to this Complaint, defendants Tomlinson and Hardisty, upon information and belief, were the owners of Shoreline Partners, dominated the management of Shoreline Partners, authorized and controlled all the actions of defendant Shoreline Partners described in this Complaint, conspired together to commit the tortious acts described in this Complaint, and are jointly and severally liable with defendant Shoreline Partners for all of the tortious acts alleged in this Complaint.

6

30.     Upon information and belief, officers, directors, and/or managers of defendant Shoreline Partners participated in or condoned the conduct constituting the aggravating factors giving rise to punitive damages. As such, plaintiff is entitled to punitive damages in amount to be determined by the jury pursuant to the laws of the State of North Carolina, which punitive damages are recoverable jointly and severally from all defendants.

## COUNT I – ACTUAL/CONSTRUCTIVE FRAUD

31.     The allegations of paragraphs 1 through 30 are realleged and incorporated herein by reference.

32.     Defendants occupied a relation of trust and confidence—and indeed, occupied a fiduciary relationship—with plaintiff which led up to and surrounded the consummation of the transactions at issue herein, and defendants took advantage of the fiduciary relationship for their own benefit to the detriment of the plaintiff.

33.     Defendants obtained a benefit from the exploitation of their fiduciary relationship with plaintiff by their misappropriation of the plaintiff's funds for their own benefit.

34.     The actions and activities of defendants as described herein constitute actual and/or constructive fraud on the plaintiff.

35.     To the extent that any defendant did not directly participate in the actual and/or constructive fraud, such defendant aided and abetted such fraud, acquiesced in such fraud, and/or was a participant in a conspiracy to commit such fraud.

7

## COUNT II – BREACH OF FIDUCIARY DUTY

36.    The allegations of paragraphs 1 through 35 are realleged and incorporated herein by reference.

37.    Defendants each stood in a fiduciary relationship and owed a fiduciary duty to the plaintiff, and plaintiff was justified in reposing his trust and confidence in defendants.

38.    Each defendant further owed plaintiff a fiduciary duty to act honestly and in good faith with him at all times, and to act solely for his benefit.

39.    Defendants breached their duty by failing to act in an honest manner and in good faith and by taking actions which provided a benefit to defendants at the expense of plaintiff.

40.    Plaintiff was justified in reposing his trust and confidence in defendants.

41.    Defendants breached their fiduciary duty to plaintiff by using funds plaintiff entrusted with them for their own uses, or in the alternative, by placing plaintiff's funds in drilling projects that they knew or should have known had no reasonable chance for success.

42.    Defendant Hardisty knew or should have known, at all times relevant hereto, that defendant Tomlinson's conduct constituted breaches of fiduciary duty owed to plaintiff but nevertheless gave substantial assistance or encouragement to defendant Tomlinson in connection with defendant Tomlinson's breach of fiduciary duty.

## COUNT III – CONSTRUCTIVE TRUST

43.    The allegations of paragraphs 1 through 42 are realleged and incorporated herein by reference.

8

44. A constructive trust should be imposed upon all of plaintiff's funds which were placed in care of defendants, along with interest.

## COUNT IV – UNFAIR & DECEPTIVE TRADE PRACTICES

45. The allegations of paragraphs 1 through 44 are realleged and incorporated herein by reference.

46. The acts alleged herein constitute unfair or deceptive acts or practices in or affecting commerce for purposes of G.S. § 75-1.1, *et seq.*

## COUNT V – BREACH OF CONTRACT

47. The allegations of paragraphs 1 through 46 are realleged and incorporated herein by reference.

48. Defendants' failures to use plaintiff's funds for legitimate business purposes, to provide plaintiff with subscription agreements, and repay plaintiff's funds constitute breaches of contract, and plaintiff has been damaged thereby.

## COUNT VI - NORTH CAROLINA RICO ACT VIOLATIONS

49. The allegations of paragraphs 1 through 48 are realleged and incorporated herein by reference.

50. By their activities set forth herein, the defendants engaged and participated in conduct in violation of various federal and state laws, to wit:

    (a)    mail fraud, indictable under 18 U.S.C. § 1341;

    (b)    wire fraud, indictable under 18 U.S.C. § 1343;

    (c)    obtaining property by false pretenses, chargeable under State law, N.C.G.S. § 14-100, and punishable by imprisonment for more than one year; and

9

(d)    embezzlement of property received by virtue of office or employment, chargeable under State law, N.C.G.S. § 14-90, and punishable by imprisonment for more than one year.

51.    The defendants participated in, aided and abetted, and conspired to commit, activities in violation of N.C.G.S. § 75-D.

52.    Shoreline Partners constituted an "enterprise" within the meaning of that term as used in N.C.G.S. § 75D-3(a).

53.    As used herein, the term "Enterprise" shall refer to Shoreline Partners.

54.    The Enterprise had and has continuity of personnel, with the person employed by or associated with the Enterprise performing particular functions and possessing certain authority within the organization.

55.    In accordance with the organizational structure of the Enterprise, the persons associated therewith at times performed designated lawful functions. At other relevant times, however, certain persons associated with the Enterprise, including the defendants herein, used and abused the Enterprise in furtherance of the fraudulent, illegal, and wrongful activities alleged herein.

56.    The nature, organization, structure, and activities of the Enterprise were such that it had an existence distinct from any one member of the Enterprise or from any individual person or entity employed by or associated with the Enterprise, and distinct from the pattern of racketeering activity engaged in by the defendants.

57.    The Enterprise functioned continuously during the relevant time, and, upon information and belief, continues to function.

10

58. At all times relevant to this action and currently, the Enterprise constituted an "enterprise," defined in N.C.G.S. § 75D-3(a).

59. At all times relevant to this action, each defendant was, and each still is, a "person" within the meaning of the North Carolina Racketeer Influenced and Corrupt Organizations ("RICO") Act, N.C.G.S. § 75D-1, et seq.

60. During the relevant times, in connection with the activities giving rise to this action, the defendants conspired with each other, and with others, to engage in, and did engage in, various activities set forth herein and aided and abetted one another in these activities, all as proscribed and prohibited by 18 U.S.C. §§ 1341, 1343, 1962(a), (b), (c), (d), and N.C.G.S. §§ 14-90 and 14-100.

61. During the relevant times and in the furtherance of and for the purpose of executing the schemes and artifices to defraud alleged herein, the defendants on numerous occasions used and caused to be used the mail depositories of the United States Postal Service by both placing and causing to be placed mailable matter in said depositories and by removing and causing to be removed mailable matter from said depositories, each such use of the mails in connection with the scheme and artifices to defraud and to obtain money by means of false pretenses, constituting the offense of mail fraud as proscribed and prohibited by 18 U.S.C. § 1341. In furtherance of the fraudulent schemes set forth herein, defendants caused use of the United States mails which included without limitations the following:

> (a) Mailing fraudulent prospectuses, private placement memoranda, and/or other offering materials to potential investors including plaintiff;
>
> (b) Receiving and, upon information and belief, mailing to others involved in the scheme, funds from investors; and

11

(c)    Mailing to investors, after purported drilling projects did not go forward, fraudulent documents in an attempt to lull the investors, including plaintiff, into believing that their funds were safe.

62.    During the relevant times and in furtherance of and for the purpose of executing the schemes and artifices to defraud set forth herein, the defendants, on numerous occasions, used and caused to be used interstate wire communications in interstate commerce by making and causing to be made interstate telephone calls and other interstate wire communications as proscribed and prohibited by 18 U.S.C. § 1343. In furtherance of the fraudulent schemes set forth herein, the defendants caused uses of interstate wire communications, which included without limitation numerous telephone calls to and from potential investors, including plaintiff, in which defendants made materially false and misleading statements to induce investments; telephone calls to and from persons to whom the defendants, upon information and belief, secreted all or a portion of investors' funds; and telephone calls to and from investors, including plaintiff, after purported drilling projects were abandoned in which defendants made false and misleading statements in attempt to lull the investors into believing that their funds were safe.

63.    The defendants violated N.C.G.S. § 14-90 (Embezzlement) in that some or all of them embezzled, fraudulently, knowingly or willfully misapplied or converted to their own use, or took, made away with or secreted, with intent to embezzle or fraudulently, knowingly, or willingly misapply or convert to their own use money, goods for chattels and/or other securities belonging to Shoreline Partners. Thus, the defendants themselves pocketed a

12

substantial portion of the plaintiff's funds, notwithstanding defendants' representations that the plaintiff's funds would be applied to the purported drilling projects.

64.　　The defendants violated N.C.G.S. § 14-100 (Obtaining Property by False Pretenses) in that the defendants caused plaintiff to invest funds by making materially false and misleading statements and by presenting to plaintiff false and misleading documents, which defendants at the time knew or should have known were false and misleading.

65.　　The acts of mail fraud, wire fraud, embezzlement, and obtaining property by false pretenses, constituted acts of "racketeering activity" within the meaning of that term as used in N.C.G.S. § 75D-3(c), and are sometimes also referred to herein collectively the "racketeering activity" and the "pattern of racketeering activity."

66.　　The racketeering activity occurred repeatedly, continuously, and without interruption from the time of their first occurrence during or prior to early 2001 and continued thereafter until the present.

67.　　The acts of racketeering activity alleged above have sufficient continuity and relationship to constitute a "pattern of racketeering activity" within the meaning of N.C.G.S. § 75D-3(b).

68.　　Additional information regarding the complete scope of the racketeering activities of the defendants is not presently available to the plaintiff, as such information is controlled by the defendants and others.

69.　　Each defendant was employed by or associated with the Enterprise.

70.　　The acts of mail fraud, wire fraud, Embezzlement, and Obtaining Property by False Pretenses perpetrated by the defendants upon the plaintiff constituted a pattern of

13

racketeering activity consisting of more than two acts of racketeering activity, all of which occurred after October 1, 1986, and the last of which occurred within four years after the commission of a prior act of racketeering activity within the meaning of N.C.G.S. § 75D-3(c).

71.     The defendants have through the pattern of racketeering activity referred to herein acquired or maintained an interest or control of the Enterprise, in violation of N.C.G.S. § 75D-4(a)(1).

72.     The defendants participated in the conduct of the Enterprise through the above-described pattern of racketeering activity in violation of N.C.G.S. § 75D-4(a)(2).

73.     The defendants agreed and conspired among themselves to violate N.C.G.S. § 75D-4(a)(1) and (2), in violation of N.C.G.S. § 75D-4(a)(3).

74.     The violations of N.C.G.S. § 75D-4(a)(1), (2), and (3) have proximately caused the plaintiff great injury and harm in its business or property.

75.     In accordance with N.C.G.S. § 75D-8(c), plaintiff, concurrently with filing this complaint, will notify the Attorney General of North Carolina in writing of the commencement of the action.

### COUNT VII – CIVIL CONSPIRACY

76.     The allegations of paragraphs 1 through 75 are realleged and incorporated herein by reference.

77.     Upon information and belief, each individual defendant agreed to solicit plaintiff's investment in Shoreline Partners in order to allow each defendant to personally profit from such investment.

14

78.     The actions of each defendant were unlawful and/or were actions performed in an unlawful manner.

79.     As a result of the defendants' agreement, the plaintiff was misled into believing it was making an investment into a legitimate business. As result of the conspiracy among the individual defendants, plaintiff was harmed in that had he known the truth about the profit motives of the defendants, it would not have turned over its money to defendants.

80.     The representations of defendants Tomlinson and Hardisty made to Mr. Gandy in connection with the civil conspiracy were made at all relevant times when each was acting as the agent for the other defendants or, in the alternative, was acting as the apparent agent of the other defendants based on his actions and inactions set forth above.

81.     The defendants' actions and agreements constitute, and were made in the furtherance of, a civil conspiracy, and by reason of the defendants' conspiracy plaintiff has been damaged and is entitled to recover of the defendant, jointly and severally, all damages proximately caused by such conduct, in an amount in excess of $10,000.00.

WHEREFORE, judgment should be entered in favor of plaintiff against defendants, jointly and severally, as follows:

1.     For an award of compensatory damages against defendants in an amount in excess of $10,000.00;

2.     For an award of treble damages the actually sustained by plaintiff pursuant to the North Carolina RICO Act and G.S. § 75-16;

3.     For an award of punitive damages against defendants;

15

4.    That a constructive trust be imposed on property held by defendant Shoreline Partners, defendant Tomlinson, and defendant Hardisty in the amount of plaintiff's claim, along with accrued interest.

5.    For an award of reasonable attorney's fees incurred by plaintiff, pursuant to G.S. §§ 78A-56(a) and/or 75-16.1;

6.    For the costs of this action to be taxed to defendants; and

7.    For such other and further relief as the Court deems just and proper.

JURY TRIAL IS HEREBY REQUESTED FOR ALL TRIABLE ISSUES IN THIS CASE.

Respectfully submitted, this the 8th day of March, 2006.

OF COUNSEL:
CLARK BLOSS & WALL, PLLC
125 South Elm Street, Suite 600
Post Office Box 1349
Greensboro, North Carolina 27402
Telephone:    (336) 275-7275
Facsimile:    (336) 275-7276

John F. Bloss
N.C. Bar No. 23947
Attorney for plaintiff

NORTH CAROLINA — Guilford County
CERTIFIED A TRUE COPY OF ORIGINAL
ON FILE IN THIS
THIS ___ DAY ___
___ C.S.C.

## Historical Drilling Record
### For Years 1969 to 2000

| Year | Field Name or Prospect | Well Name | Operator | State | Depth | Working Interest | Project Cost | Well Cost | Type of Well | Result |
|---|---|---|---|---|---|---|---|---|---|---|
| 1969 | Lissie | Walter Poole GU #1 | Newmont Oil Co. | TX | 15,381 | 100.0% | 310,152 | 1,119,915 | Explor | D&A |
| 1970 | ROC | Pyote #26-2 | BTA Oil Producer | TX | 16,500 | 100.0% | N/A | 1,246,000 | Devel | Prod |
| 1970 | ROC | Pyote #80-1 | BTA Oil Producer | TX | 17,310 | 100.0% | 176,715 | 1,318,000 | Explor | Prod |
| 1971 | Healdton | Carter #1 | BTA Oil Producer | OK | 6,166 | 100.0% | N/A | 125,000 | Explor | D&A |
| 1971 | Prairie Crk. | Patterson #1 | Tomlinson Interests | TX | 6,744 | 100.0% | 37,000 | 88,000 | Explor | D&A |
| 1971 | ROC | Pyote #20-3 | BTA Oil Producer | TX | 16,400 | 100.0% | N/A | 1,068,000 | Devel | Prod |
| 1971 | ROC | Pyote #61-1Y | BTA Oil Producer | TX | 16,605 | 100.0% | N/A | 1,259,000 | Devel | Prod |
| 1971 | Spring Crk. | Shadid Unit #1 | Tomlinson Interests | TX | 10,200 | 100.0% | N/A | 125,000 | Explor | D&A |
| 1972 | Carnegie | Tahpoodle #1 | N/Arrest Oil Corp. | OK | 26,903 | 100.0% | 375,000 | 5,283,376 | Explor | D&A |
| 1972 | Gomez | Ft. Stockton GU #1 | Tomlinson Interests | TX | 22,575 | 100.0% | N/A | 1,559,630 | Devel | Prod |
| 1972 | Joiner City | Irby #1 | Tomlinson Interests | OK | 7,727 | 100.0% | N/A | 171,400 | Explor | D&A |
| 1972 | ROC | Pyote #25-4 | BTA Oil Producer | TX | 16,925 | 100.0% | N/A | 1,002,000 | Devel | Prod |
| 1973 | Big Escambia | St. Lease 338 GU 28#1 | Exxon | AL | 15,827 | 25.0% | N/A | 308,355 | Devel | D&A |
| 1973 | Clear Creek | Jones-Ross GU #1 | Mallard Exploration | MS | 19,247 | 100.0% | 473,588 | 1,686,525 | Explor | D&A |
| 1973 | Healdton | Healdton #1 | BTA Oil Producer | TX | 8,153 | 100.0% | N/A | 178,000 | Explor | D&A |
| 1973 | Locust | Locust #1 | BTA Oil Producer | TX | 12,882 | 100.0% | N/A | 878,000 | Explor | D&A |
| 1973 | Ponchatouila | W.T. Joyce #1 | Murphy Oil Corp. | LA | 19,978 | 100.0% | 477,968 | 2,414,006 | Explor | D&A |
| 1973 | ROC | Pyote #80-5 | BTA Oil Producer | TX | 16,741 | 100.0% | N/A | 1,595,000 | Explor | Prod |
| 1973 | ROC | Hord #1 | Exxon | TX | 15,721 | 3.7% | N/A | 1,203,000 | Devel | D&A |
| 1974 | Bassfield | Hatten Russell #1 | Florida Gas Explor. | MS | 18,007 | 38.7% | N/A | 1,458,922 | Explor | D&A |
| 1974 | Bassfield | Harper #1 | Florida Gas Explor. | MS | 19,520 | 38.7% | 11,400 | 3,615,550 | Devel | Prod |

# Historical Drilling Records (*contd.*)

| 1974 | Big Escambia | Scott Paper #26-11 | Exxon | AL | 15,870 | 33.33% | N/A | 1,116,238 | Explor | D&A |
| 1974 | Big Escambia | I.P.C.10-5 #1 | Mallard Exploration | AL | 15,164 | 25.0% | 330,500 | 1,151,000 | Explor | D&A |
| 1974 | Big Escambia | Owens GU #33-1 | Exxon | AL | 15,870 | 33.12% | N/A | 933,600 | Devel | Prod |
| 1974 | Big Escambia | Scott Paper Co. #2-1 | Exxon | AL | 15,700 | 12.45% | N/A | 760,177 | Devel | Prod |
| 1974 | Cranfield | Laurie G. Ratcliffe #1 | Tomlinson Interests | MS | 20,190 | 100.0% | 699,982 | 6,461,117 | Explor | D&A |
| 1974 | Lone Grove | McCarty, et al, #1 | Chapman | TX | 4,507 | 25% | 78,123 | 359,001 | Explor | D&A |
| 1974 | Manhattan | Neely #1 | Hassie Hunt Trust | TX | 18,780 | 50% | 639,002 | 1,574,789 | Explor | D&A |
| 1974 | ROC | Pyote#20-6 | BTA Oil Producer | TX | 12,490 | 100.0% | N/A | 1,379,221 | Devel | Prod |
| 1974 | ROC | Wedge #1 | BTA Oil Producer | TX | 12,714 | 100.0% | 200,000 | 1,683,000 | Devel | Prod |
| 1974 | Rock Crossing | Marcelene Jackson #14 | Tomlinson Interests | OK | 5,519 | 100.0% | 31,250 | 350,397 | Explor | D&A |
| 1974 | Rocky River | Marcelene Jackson #12 | Tomlinson Interests | OK | 2,538 | 100.0% | N/A | 207,361 | Explor | D&A |
| 1975 | Bassfield | Luther Graves #1 | Tomlinson Interests | MS | 16,715 | 38.7% | 32,000 | 729,493 | Devel | D&A |
| 1975 | Bassfield | Deen et al #1 | Florida Gas Explor. | MS | 16,437 | 38.7% | N/A | 1,774,120 | Devel | Prod |
| 1975 | Big Escambia | Merriwether GU #3-1 | Tomlinson Interests | AL | 15,962 | 100.0% | N/A | 1,332,206 | Devel | D&A |
| 1975 | Big Escambia | C. Merriwether et al. #1 | Tomlinson Interests | AL | 16,030 | 100.0% | 360,000 | 1,815,579 | Devel | Prod |
| 1975 | Middle River | Ideal Basic Creola #1 | Florida Gas Explor. | AL | 17,500 | 25.0% | 582,624 | 1,781,536 | Explor | D&A |
| 1975 | Old Camp | J.C. Rials #1 | Tomlinson Interests | MS | 19,460 | 100.0% | 431,719 | 1,454,726 | Explor | D&A |
| 1975 | ROC | Wedge #2 | BTA Oil Producer | TX | 15,940 | 100.0% | N/A | 1,809,000 | Devel | Prod |
| 1976 | Bassfield | Booth #1 | Florida Gas Explor. | MS | 16,860 | 38.7% | 781,925 | 2,379,657 | Explor | Prod |
| 1976 | Bassfield | Barnes et al #1 | Florida Gas Explor. | MS | 16,484 | 38.7% | N/A | 1,711,948 | Devel | Prod |
| 1976 | Bassfield | Courtney et al #1 | Florida Gas Explor. | MS | 16,299 | 38.7% | N/A | 2,149,773 | Devel | Prod |
| 1976 | Bassfield | Reese #1 | Florida Gas Explor. | MS | 16,325 | 38.7% | 4,044 | 1,820,639 | Devel | Prod |
| 1976 | Bassfield | Roberts et al #1 | Florida Gas Explor. | MS | 16,500 | 38.7% | N/A | 2,978,442 | Devel | Prod |
| 1976 | Bassfield | G. L. Deen #1 | Sun Oil | MS | 16,272 | 38.7% | N/A | 1,671,884 | Devel | Prod |
| 1976 | Bay. M. N/Ark | Everett #1 | Mobley | TX | 11,030 | 41.7% | N/A | 235,560 | Devel | Prod |
| 1976 | Bayou Savage | New Orleans East #1 | Tomlinson Interests | LA | 10,107 | 50% | N/A | 150,000 | Explor | D&A |

2

Historical Drilling Records (contd.)

| Year | Field | Well/Lease | Operator | State | Depth | % | Cost | Value | Type | Result |
|---|---|---|---|---|---|---|---|---|---|---|
| 1976 | Big Point | State Lease 6753 #1 | Union Cal | LA | 18,167 | 33.3% | 876,999 | 5,219,370 | Explor | D&A |
| 1976 | Greens Crk. | BOS 16-8 #1 | Harkins & Tomlinson | MS | 16,836 | 63.2% | 381,966 | 1,633,977 | Explor | Prod |
| 1976 | Mallalieu | L.B. Sartin, et al #1 | First MS Corp | MS | 17,587 | 100.0% | 627,546 | 887,108 | Explor | D&A |
| 1977 | Artesia Wells | C.N. Cooke #1 | Tipco | TX | 10,550 | 100.0% | 73,800 | 824,464 | Explor | Prod |
| 1977 | Bassfield | Williams et al #1 | Florida Gas Explor. | MS | 16,380 | 38.7% | N/A | 1,322,775 | Devel | D&A |
| 1977 | Bassfield | D.R. Deen #1 | Sun Oil | MS | 16,350 | 38.7% | N/A | 1,732,788 | Devel | Prod |
| 1977 | Bassfield | J.W. Carraway #1 | Sun Oil | MS | 16,328 | 38.7% | N/A | 2,311,849 | Devel | Prod |
| 1977 | Columbia | L.E. Norman #1 | First MS Corp | MS | 17,000 | 70.7% | N/A | 839,635 | Explor | D&A |
| 1977 | Columbia | Nathan Kendrick #1 | First MS Corp | MS | 16,905 | 35.4% | N/A | 819,812 | Devel | D&A |
| 1977 | Columbia | Charles Pittman #1 | First MS Corp | MS | 17,500 | 12.5% | 868,939 | 1,055,570 | Explor | Prod |
| 1977 | False River | Ashland Plantation #1 | Chevron | LA | 21,296 | 50.0% | N/A | 7,507,000 | Devel | D&A |
| 1977 | Gallatin | Lewis "A" | Texas Oil & Gas | TX | 9,815 | 4.1% | 53,851 | 80,078 | Explor | Prod |
| 1977 | Greens Crk. | BOS #1 | First MS Corp | MS | 16,715 | 43.9% | N/A | 981,366 | Devel | D&A |
| 1977 | Greens Crk. | Fortenberry #1 | Harkins & Co. | MS | 17,031 | 18.7% | N/A | 272,145 | Devel | Prod |
| 1977 | Greens Crk. | Tolar Unit 15 #1 | Harkins & Co. | MS | 16,800 | 44.2% | N/A | 1,766,491 | Devel | Prod |
| 1977 | Holiday Crk | J. Different #1 | First Energy et al | MS | 17,000 | 34.7% | N/A | 1,543,977 | Devel | Prod |
| 1977 | Holiday Crk. | J.D. Armstrong 25-11 | System Fuels Inc | MS | 16,805 | 43.26% | N/A | 1,590,766 | Devel | Prod |
| 1977 | Holiday Crk. | Olin Geiger #1 | System Fuels Inc | MS | 16,900 | 7.7% | N/A | 1,366,629 | Devel | Prod |
| 1977 | Oakhill | Walter M. Pierce #1 | Tomlinson Interests | TX | 10,859 | 74.8% | 326,063 | 1,243,266 | Explor | Prod |
| 1977 | Ponchatrane | State Lease 7185 #1 | Natomas | LA | 19,496 | 100.0% | 342,987 | 6,138,147 | Explor | D&A |
| 1977 | Ponchatrane | State Lease 7186 #1 | Natomas | LA | 15,200 | 50.0% | 602,616 | 9,882,155 | Explor | D&A |
| 1978 | Bassfield | C.P. Price #1 | Sun Oil | MS | 16,303 | 38.7% | N/A | 2,521,976 | Devel | Prod |
| 1978 | Big Point | State Lease 6753 #2 | Union Cal | LA | 22,904 | 100.0% | N/A | 8,045,142 | Explor | D&A |
| 1978 | Cats Springs | Hillbolt Gas Unit #1 | N/Arest Oil Corp. | AL | 15,750 | 100.0% | 376,000 | 2,705,000 | Explor | D&A |
| 1978 | Church Hill | Carter Unit #1 | Remuda | TX | 10,600 | 25.0% | N/A | 700,125 | Explor | Prod |
| 1978 | Church Hill | Prior Unit #1 | Remuda | TX | 10,525 | 25.0% | N/A | 1,396,212 | Devel | Prod |

3

Historical Drilling Records (contd.)

| Year | Field | Well | Operator | State | Depth | Interest | Cost | Reserves | Type | Result |
|---|---|---|---|---|---|---|---|---|---|---|
| 1978 | Danville | Hattie Spelling GU #1 | Excelsior | TX | 8,000 | 39.4% | 124,674 | 844,438 | Explor | Prod |
| 1978 | False River | F.E. Farwell #1 | Chevron | LA | 20,600 | 50.0% | 637,500 | 8,677,000 | Devel | Prod |
| 1978 | False River | O.L. Crawley #1 | Chevron | LA | 19,841 | 50.0% | N/A | 1,255,520 | Devel | Prod |
| 1978 | Greens Crk | J.C. Williamson #1 | Tomlinson Interests | MS | 16,740 | 41.3% | 587,011 | 2,998,844 | Devel | D&A |
| 1978 | Greens Crk | John O. Barnes #1 | Florida Gas Explor. | MS | 17,500 | 26.7% | N/A | 1,493,004 | Devel | D&A |
| 1978 | Greens Crk | Crown Zellerbach #1 | Harkins & Co. | MS | 16,900 | 51.3% | N/A | 1,549,781 | Devel | Prod |
| 1978 | Greens Crk | Barnes 9-10 #1 | Harkins & Co. | MS | 16,880 | 34.5% | N/A | 1,635,998 | Devel | Prod |
| 1978 | Greens Crk | Fortenberry 10-11 #1 | Harkins & Co. | MS | 17,031 | 47.1% | N/A | 1,911,028 | Devel | Prod |
| 1978 | Greens Crk. | Williamson #1 | Tomlinson Interests | MS | 16,742 | 67.9% | N/A | 1,664,018 | Devel | Prod |
| 1978 | Holiday Crk. | Thomas J. Hatton #1 | First Energy Corp. | MS | 16,642 | 37.5% | N/A | 1,239,735 | Devel | D&A |
| 1978 | Holiday Crk. | A. R. Stringer A. R. #1 | Systems Fuels Inc. | MS | 16,559 | 38.6% | N/A | 1,566,981 | Devel | D&A |
| 1978 | Holiday Crk. | J.S. O'Flynn #1 | American Nat. Gas | MS | 17,000 | 44.7% | N/A | 1,832,240 | Devel | Prod |
| 1978 | Holiday Crk. | H. R. Stringer 24-11 #1 | System Fuels Inc | MS | 16,800 | 17.54% | N/A | 1,676,511 | Devel | Prod |
| 1978 | Improve | M.H. Patterson #1 | Sun Oil | MS | 17,376 | 6.69% | 170,872 | 1,255,064 | Explor | Prod |
| 1978 | Irene | Joyce N/Aundation #1 | Slapco | LA | 22,074 | 100.0% | 471,736 | 5,806,725 | Explor | D&A |
| 1978 | Irene | State Lease 6884 #1 | Slapco | LA | 20,033 | 100.0% | 678,911 | 4,499,045 | Devel | D&A |
| 1978 | Irene | Kizer #1 | Slapco | LA | 18,943 | 100.0% | 362,109 | 4,358,102 | Explor | Prod |
| 1978 | Morgantown | BOE #1 | Tomlinson Interests | MS | 17,423 | 100.0% | 589,797 | 3,822,595 | Explor | Prod |
| 1978 | Oakhill | Grissom #1 | Tomlinson Interests | TX | 9,236 | 50% | N/A | 664,264 | Explor | J/A |
| 1978 | Oakhill | B. Sheppard #1 | Tomlinson Interests | TX | 10,400 | 100.0% | 228,400 | 1,280,364 | Explor | Prod |
| 1978 | Oakhill | B. Sheppard #2 | Tomlinson Interests | TX | 10,463 | 100.0% | N/A | 1,484,024 | Devel | Prod |
| 1978 | Oakhill | B. Sheppard #4 | Tomlinson Interests | TX | 10,400 | 100.0% | N/A | 1,279,083 | Devel | Prod |
| 1978 | Oakhill | Grissom #2 | Tomlinson Interests | TX | 10,710 | 100.0% | N/A | 1,196,088 | Explor | Prod |
| 1978 | Oakhill | Hazel R. Byrne #1 | Tomlinson Interests | TX | 10,300 | 100.0% | N/A | 1,217,569 | Devel | Prod |
| 1978 | Oakhill | Jimmy Myers #1 | Tomlinson Interests | TX | 11,000 | 100.0% | N/A | 1,353,642 | Explor | Prod |
| 1978 | Oakhill | John W. Harris #1 | Tomlinson Interests | TX | 10,183 | 100.0% | 329,100 | 1,064,434 | Explor | Prod |

4

Historical Drilling Records (contd.)

| Year | Field | Well | Operator | State | Depth | Interest | Net Cost | Gross Cost | Type | Result |
|---|---|---|---|---|---|---|---|---|---|---|
| 1978 | Oakhill | Le Tourneau #1 | Tomlinson Interests | TX | 10,512 | 100.0% | 596,100 | 1,535,338 | Explor | Prod |
| 1978 | Oakhill | Le Tourneau #3 | Tomlinson Interests | TX | 10,516 | 100.0% | N/A | 1,049,455 | Devel | Prod |
| 1978 | Oakhill | Le Tourneau #4 | Tomlinson Interests | TX | 10,553 | 100.0% | N/A | 1,245,656 | Devel | Prod |
| 1978 | Oakhill | Le Tourneau#2 | Tomlinson Interests | TX | 10,484 | 100.0% | N/A | 1,191,730 | Devel | Prod |
| 1978 | Oakhill | Lorenzo Sanders #1 | Tomlinson Interests | TX | 10,824 | 100.0% | 405,366 | 1,377,737 | Explor | Prod |
| 1978 | Oakhill | Naomi Williamson #1 | Tomlinson Interests | TX | 10,980 | 100.0% | 114,717 | 1,270,767 | Explor | Prod |
| 1978 | Oakhill | Stinchcomb Heirs #1 | Tomlinson Interests | TX | 10,980 | 100.0% | N/A | 1,128,373 | Explor | Prod |
| 1978 | Oakhill | Susan B. Harris #1 | Tomlinson Interests | TX | 10,275 | 100.0% | N/A | 928,288 | Devel | Prod |
| 1978 | Port Hudson | State Lease 7590 #1 | Texaco | LA | 17,750 | 50% | 1,277,250 | 1,872,347 | Devel | D&A |
| 1978 | Port Hudson | Georgia Pacific #1 | BTA Oil Producer | LA | 16,878 | 14.85 | N/A | 15,381,000 | Devel | Prod |
| 1978 | Rigolets | State Lease 7264 | Chevron | LA | 20,050 | 50% | 205,380 | 5,908,999 | Devel | Prod |
| 1978 | Rigolets | State Lease 7260 | Natomas | LA | 16,910 | 100.0% | 185,820 | 7,823,186 | Explor | D&A |
| 1978 | So. Williamburg | Callon Mauldin #1 | Callon | MS | 16,018 | N/A | 16,280 | 1,249,897 | Devel | Prod |
| 1979 | Columbia | Gloster Jacob #1 | First Energy Corp. | MS | 17,000 | 44.75% | N/A | 2,087,192 | Devel | Prod |
| 1979 | False River | Chef Mentour Ld. Co. | Chevron | LA | 17,250 | 13.8% | 92,800 | 9,993,160 | Devel | D&A |
| 1979 | False River | F.E. Farwell #3 | Chevron | LA | 21,000 | 50.0% | N/A | 5,681,200 | Devel | Prod |
| 1979 | False River | F.E. Farwell #2 | Chevron | LA | 19,797 | 50.0% | N/A | 12,344,000 | Devel | Prod |
| 1979 | False River | O.L. Crawley #2 | Chevron | LA | 20,130 | 50.0% | N/A | 9,737,00 | Devel | Prod |
| 1979 | Flomaton | A.T.I.C. 36-10 #1 | Tomlinson Interests | MS | 16,325 | 100.0% | 295,294 | 986,339 | Explor | D&A |
| 1979 | N/Ardoche | Simon D. Well #1 | Texaco | LA | 23,857 | 50% | 2,000,000 | 7,970,454 | Explor | D&A |
| 1979 | Greens Crk | Robert L. Jackson #1 | Florida Gas Explor. | MS | 16,425 | 37.5% | N/A | 1,237,845 | Devel | D&A |
| 1979 | Greens Crk | Morgan 9-14 #1 | Getty Oil | MS | 17,030 | 41.3% | N/A | 2,934,000 | Explor | Prod |
| 1979 | Greens Crk | Dale 17-8 #1 | Harkins & Co. | MS | 16,779 | 41.3% | N/A | 1,715,629 | Devel | Prod |
| 1979 | Greens Crk | Dale 8-10 #1 | Harkins & Co. | MS | 16,689 | 41.3% | N/A | 1,882,977 | Devel | Prod |
| 1979 | Greens Crk. | BOS 16-11 #2 | Harkins & Co. | MS | 16,714 | 32.7% | N/A | 1,559,854 | Devel | Prod |
| 1979 | Greens Crk. | Dale GU 17-8 #1 | Harkins & Co. | MS | 16,779 | 20.9% | N/A | 1,963,400 | Devel | Prod |

5

Historical Drilling Records (*contd.*)

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1979 | Greens Crk. | Dale GU 8-10 #1 | Harkins & Co. | MS | 16,689 | 9.7% | N/A | 1,948,825 | Devel | Prod |
| 1979 | Greens Crk. | Nelson 22-4 #1 | Harkins & Co. | MS | 16,730 | 32.2% | N/A | 1,715,629 | Devel | Prod |
| 1979 | Greens Crk. | Nelson Stringer | Harkins & Co. | MS | 17,730 | 8.2% | N/A | 1,838,010 | Devel | Prod |
| 1979 | Greens Crk. | W. H. Langston Estate | Marion Corp. | MS | 16,800 | 33.6% | N/A | 1,712,335 | Devel | Prod |
| 1979 | Holiday Crk. | Otho McNease #1 | First Energy Corp. | MS | 16,040 | 60.13% | N/A | 1,417,135 | Devel | Prod |
| 1979 | Holiday Crk. | A.M. Speights 30-13 #1 | System Fuels Inc | MS | 16,840 | 6.33% | N/A | 1,695,208 | Devel | Prod |
| 1979 | Holiday Crk. | Dal Est. 25-14 #1 | System Fuels Inc | MS | 16,100 | 21.87% | N/A | 1,521,927 | Devel | Prod |
| 1979 | Holiday Crk. | McLeod 30-5 #1 | System Fuels Inc | MS | 16,550 | 38.6% | N/A | 1,277,102 | Devel | Prod |
| 1979 | Holiday Crk. | Otho McNease 25-16 #1 | System Fuels Inc | MS | 16,106 | 13.34% | N/A | 1,411,737 | Devel | Prod |
| 1979 | Holiday Crk | J.C. Polk #22-10 | Amoco | MS | 16,535 | 38.6% | N/A | 1,121,372 | Devel | D&A |
| 1979 | Improve | Nellie Day #1 | Sun Oil | MS | 17,010 | 4.13% | N/A | 2,948,055 | Devel | Prod |
| 1979 | Irene | Crumholt #1 | Slapco | LA | 19,285 | 100.0% | N/A | 9,429,006 | Devel | Prod |
| 1979 | Irene | Dot McVey-SUF #1 | Slapco | LA | 18,596 | 100.0% | N/A | 9,642,715 | Devel | Prod |
| 1979 | Irene | Velma Baxter #1 | Slapco | LA | 19,504 | 100.0% | N/A | 4,347,728 | Devel | Prod |
| 1979 | Morgantown | Jerry Thornhill #1 | Tomlinson Interests | MS | 16,722 | 100.0% | N/A | 2,578,814 | Devel | D&A |
| 1979 | Morgantown | Beacham 11-12 #1 | Tomlinson Interests | MS | 16,738 | 100.0% | N/A | 1,637,349 | Devel | Prod |
| 1979 | Morgantown | Clinton V. Morgan #1 | Tomlinson Interests | MS | 16,776 | 100.0% | N/A | 2,778,377 | Devel | Prod |
| 1979 | Morgantown | Pitard & Porobil #1 | Tomlinson Interests | MS | 16,672 | 100.0% | N/A | 2,466,979 | Devel | Prod |
| 1979 | Oakhill | Le Tourneau #5 | Tomlinson Interests | TX | 10,525 | 100.0% | N/A | 888,860 | Devel | Prod |
| 1979 | Oakhill | Le Tourneau #6 | Tomlinson Interests | TX | 10,600 | 100.0% | N/A | 954,220 | Devel | Prod |
| 1979 | Oakhill | R. T. Ballenger #1 | Tomlinson Interests | TX | 10,915 | 100.0% | 136,275 | 1,173,098 | Explor | Prod |
| 1979 | Oakhill | T.P. Cannon #1 | Tomlinson Interests | TX | 11,000 | 100.0% | 217,500 | 1,026,084 | Explor | Prod |
| 1979 | Oakhill | V.L. McCart #1 | Tomlinson Interests | TX | 10,910 | 100.0% | 142,512 | 1,077,399 | Explor | Prod |
| 1979 | Oakhill | W.G. Mitchell #1 | Tomlinson Interests | TX | 11,057 | 75.0% | N/a | 986,296 | Explor | Prod |
| 1979 | Pistol Ridge | Crosby 6-10 #1 | Tomlinson Interests | MS | 18,535 | 100.0% | 174,323 | 3,667,470 | Explor | Prod |
| 1979 | Ponchatrane | State Lease 7185 #2 | Natomas | LA | 12,447 | 100.0% | N/A | 5,767,981 | Devel | D&A |

6

Historical Drilling Records (contd.)

| Year | Location | Well | Operator | State | Depth | Percent | N/A | Production | Type | Result |
|---|---|---|---|---|---|---|---|---|---|---|
| 1979 | So. Hallsville | Eva Pearl Cannon #1 | Tomlinson Interests | MS | 17,000 | 100.0% | N/A | 453,769 | Devel | Prod |
| 1979 | W. Oakvale | Melvin Jones 36-12 #1 | Tomlinson Interests | MS | 16,505 | 100.0% | N/A | 2,414,410 | Devel | Prod |
| 1979 | W. Oakvale | Robert Myers #1 | Tomlinson Interests | MS | 16,795 | 100.0% | 450,000 | 1,798,226 | Explor | Prod |
| 1979 | W. Oakvale | Robert Myers 36-2 #2 | Tomlinson Interests | MS | 16,443 | 100.0% | N/A | 2,111,221 | Devel | Prod |
| 1980 | Bassfield | Player #1 | Jones-O'Brien | MS | 16,443 | 38.7% | N/A | 1,209,775 | Devel | D&A |
| 1980 | Flomaton | St. Regis 2-13 #1 | Tomlinson Interests | MS | 15,616 | 100.0% | N/A | 959,740 | Explor | D&A |
| 1980 | Greens Ctk | Sipp 20-9 #1 | Getty Oil | MS | 16,073 | 31.8% | N/A | 1,458,773 | Devel | D&A |
| 1980 | Greens Ctk | Rogers 28-11 #1 | Getty Oil | MS | 16,800 | 36.4% | N/A | 1,535,106 | Devel | Prod |
| 1980 | Greens Ctk. | H.S. N/Arbes 28-14 #1 | Getty Oil | MS | 16,475 | 29.4% | N/A | 1,892,249 | Devel | D&A |
| 1980 | Greens Ctk. | Willoughby3-11 #1 | Getty Oil | MS | 17,000 | 41.7% | N/A | 1,266,211 | Devel | D&A |
| 1980 | Greens Ctk. | Carlisle 4-6 #1 | Florida Gas Explor. | MS | 16,784 | 36.9% | N/A | 1,772,581 | Devel | Prod |
| 1980 | Greens Ctk. | Morgan 9-14 #1 | Getty Oil | MS | 17,029 | 34.6% | N/A | 2,934,012 | Devel | Prod |
| 1980 | Greens Ctk. | Barnes #2, Unit 9 #1 | Harkins & Co. | MS | 16,650 | 10.12% | N/A | 1,738,142 | Devel | Prod |
| 1980 | Holiday Crk | Charles Cavanaugh #1 | Watson Oil Corp. | MS | 17,046 | 38.6% | N/A | 1,525,433 | Devel | Prod |
| 1980 | Holiday Crk. | Fagan #1 | ANR Prod. Co. | MS | 16,130 | 13.96% | N/A | 1,258,906 | Devel | D&A |
| 1980 | Holiday Crk. | C. Cavanaugh 24-13 #1 | Amoco | MS | 16,100 | 28.87% | N/A | 2,368,349 | Devel | Prod |
| 1980 | Holiday Crk. | Quenton Dyes 36-9 #1 | First Energy Corp. | MS | 16,209 | 31.69% | N/A | 1,414,058 | Devel | Prod |
| 1980 | Holiday Crk. | G.U. 30-12 #1 | System Fuels Inc | MS | 16,543 | 2.96% | N/A | 1,195,814 | Devel | Prod |
| 1980 | Holiday Crk. | Walter Jones 25-8 #1 | System Fuels Inc | MS | 16,135 | 16.29% | N/A | 1,721,981 | Devel | Prod |
| 1980 | Holiday Crk. | C. V. Cavanaugh #24-13 | Tomlinson Interests | MS | 16,041 | 100.0% | N/A | 1,784,179 | Devel | Prod |
| 1980 | Hub | T.E. Abrams 11-16 #1 | Tomlinson Interests | MS | 20,020 | 50% | 642,055 | 7,042,614 | Explor | D&A |
| 1980 | Improve | Morris #1 | Hunt Oil Co. | MS | 17,145 | .38% | N/A | 1,024,613 | Devel | D&A |
| 1980 | Improve | LaRose-Beck 20-6 #1 | Sun Oil | MS | 17,000 | 13.89% | N/A | 2,982,835 | Devel | D&A |
| 1980 | Improve | E.S. Rayburn 11-17 #1 | Sun Oil | MS | 17,000 | 5.41% | N/A | 3,286,745 | Devel | Prod |
| 1980 | Irene | State Lease 6890 #1 | Slapco | LA | 20,147 | 100.0% | 359,023 | 14,897,395 | Explor | D&A |
| 1980 | Irene | Webb Polite #1 | Slapco | LA | 20,226 | 100.0% | N/A | 9,519,156 | Devel | D&A |

7

Historical Drilling Records (*contd.*)

| Year | Field | Well Name | Operator | State | Depth | Interest | Cost | Value | Type | Result |
|---|---|---|---|---|---|---|---|---|---|---|
| 1980 | Irene | William Samuel #1 | Slapco | LA | 19,484 | 100.0% | N/A | 8,428,142 | Devel | D&A |
| 1980 | Irene | Leland College #1 | Slapco | LA | 19,166 | 100.0% | N/A | 16,426,450 | Devel | Prod |
| 1980 | Irene | McCollister #1 | Slapco | LA | 19,112 | 100.0% | N/A | 6,220,579 | Devel | Prod |
| 1980 | Irene | Mead #1 | Slapco | LA | 18,863 | 100.0% | N/A | 9,985,454 | Devel | Prod |
| 1980 | Irene | Netter #1 | Slapco | LA | 18,890 | 100.0% | N/A | 8,681,679 | Explor | Prod |
| 1980 | Johns | Calley T. Jones 33-10 #1 | Tomlinson Interests | MS | 19,863 | 100.0% | 200,000 | 15,746,760 | Explor | Prod |
| 1980 | Johns | St. Regis Paper Co. 3-6 | Tomlinson Interests | MS | 19,248 | 100.0% | N/A | 14,916,293 | Devel | Prod |
| 1980 | Morgantown | Jerry Thornhill #2 | Tomlinson Interests | MS | 16,830 | 100.0% | N/A | 4,595,604 | Devel | Prod |
| 1980 | Morgantown | Fortenberry #1 | Tomlinson Interests | MS | 17,034 | 100.0% | N/A | 2,592,611 | Explor | Prod |
| 1980 | N. Barbers Crk. | Georgia Pacific 12-5 #1 | Tomlinson Interests | MS | 14,830 | 100.0% | 178,543 | 1,258,375 | Explor | D&A |
| 1980 | Palestine | Lem Mallard Estate #1 | Oxy Petroleum | TX | 19,250 | 100.0% | 290,000 | 8,442,728 | Explor | D&A |
| 1980 | Pistol Ridge | Brown S. Minerals 2-7 #1 | Tomlinson Interests | TX | 12,400 | 100.0% | N/A | 951,164 | Devel | D&A |
| 1980 | Pistol Ridge | Crosby 6-13 #2 | Tomlinson Interests | MS | 12,300 | 100.0% | N/A | 1,275,387 | Devel | Prod |
| 1980 | Pistol Ridge | Ophelia Walters 6-19 #1 | Tomlinson Interests | TX | 11,680 | 100.0% | N/A | 1,333,005 | Devel | Prod |
| 1980 | Pistol Ridge | S. Min. Crosby 2-10 #1 | Tomlinson Interests | TX | 12,300 | 100.0% | 726,963 | 2,247,401 | Explor | Prod |
| 1980 | Pistol Ridge | S. Min. Crosby 6-20 #1 | Tomlinson Interests | TX | 12,270 | 100.0% | N/A | 1,669,980 | Devel | Prod |
| 1980 | Slaughter | McKowen Slaughter #1 | Tomlinson Interests | MS | 15,925 | 100.0% | 653,625 | 1,961,106 | Explor | D&A |
| 1980 | W. Oakvale | Melvin Jones 35-7 #1 | Tomlinson Interests | MS | 16,900 | 100.0% | N/A | 1,195,982 | Devel | D&A |
| 1980 | W. Oakvale | Sheila Ward 25-2 #1 | Tomlinson Interests | MS | 16,498 | 100.0% | N/A | 4,693,698 | Devel | Prod |
| 1980 | W. Oakvale | Virgil Barnes 31-5 #1 | Tomlinson Interests | MS | 16,496 | 100.0% | N/A | 2,014,508 | Devel | Prod |
| 1981 | Baker | Bree #1 | Dorchester | MS | 15,654 | 100.0% | 595,221 | 12,844,052 | Explor | D&A |
| 1981 | Blackshea | Int'l Paper Co.16-13 #1 | Tomlinson Interests | AL | 11,832 | 100.0% | N/A | 1,089,729 | Explor | D&A |
| 1981 | Blackshear | Int'l Paper Co. 15-10 #1 | Tomlinson Interests | AL | 15,826 | 100.0% | N/A | 2,056,420 | Devel | D&A |
| 1981 | Blackshear | Martha Lee Earle 18-8 #1 | Tomlinson Interests | MS | 16,150 | 100.0% | 1,000,000 | 1,088,740 | Explor | D&A |
| 1981 | E. Chacahoula | Francis Lejune #1 | Tomlinson Interests | LA | 17,489 | 100.0% | 685,000 | 7,962,594 | Explor | D&A |
| 1981 | Flomaton | A.T.I.C.Fee 31-13 #1 | Tomlinson Interests | MS | 15,715 | 100.0% | N/A | 873,910 | Explor | D&A |

8

| Year | Area | Well Name | Operator | State | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1981 | Greens Crk | N/Arbos 28-14 #1 | Getty Oil | MS | 16,862 | 42.9% | N/A | 1,411,677 | Devel | D&A |
| 1981 | Greens Crk | Dawson 33-14 #1 | Getty Oil | MS | 16,611 | 50.8% | N/A | 1,824,471 | Devel | Prod |
| 1981 | Greens Crk | Sipp 20-9 #2 | Getty Oil | MS | 17,194 | 57.4% | N/A | 1,982,787 | Devel | Prod |
| 1981 | Greens Crk. | Barnes 9-11 #1 | Harkins & Co. | MS | 16,650 | 41.3% | N/A | 1,411,210 | Devel | D&A |
| 1981 | Greens Crk. | C.E. Sibley #1 | Florida Gas Explor. | MS | 16,930 | 100.0% | N/A | 3,255,193 | Devel | Prod |
| 1981 | Greens Crk. | Carlisle 4-2 #2 | Florida Gas Explor. | MS | 16,900 | 25.0% | N/A | 1,694,241 | Devel | Prod |
| 1981 | Greens Crk. | Hathorne #1 | Marion Corp. | MS | 16,670 | 39.8% | N/A | 1,778,213 | Devel | Prod |
| 1981 | Holiday Crk. | Fagan 24-16 #1 | System Fuels Inc | MS | 16,170 | 38.60 | N/A | 1,976,177 | Devel | Prod |
| 1981 | Holiday Crk. | Columbia Training Sys. | System Fuels, Inc | MS | 17,040 | N/A | N/A | 1,720,145 | Explor | Prod |
| 1981 | Holiday Crk. | Gas Unit 30-12 #1 | System Fuels, Inc | MS | 16,550 | 38.6% | N/A | 1,818,733 | Devel | Prod |
| 1981 | Irene | State Lease 6890 #2 | Slapco | LA | 19,024 | 100.0% | N/A | 6,796,755 | Explor | D&A |
| 1981 | Johns | Chester Carter #1 | Tomlinson Interests | MS | 20,435 | 100.0% | N/A | 4,733,385 | Devel | D&A |
| 1981 | Johns | Vera C. Cox 32-7 | Tomlinson Interests | MS | 19,685 | 100.0% | N/A | 20,818,638 | Devel | Prod |
| 1981 | Morgantown | Willoughby3-5 #1 | Tomlinson Interests | MS | 16,865 | 100.0% | N/A | 2,404,062 | Devel | Prod |
| 1981 | Natchez Trace | Canton Exchange Bank | Shell Oil | MS | 15,821 | N/A | 750 | 3,481,716 | Explor | Prod |
| 1981 | Oakhill | E.L. London #1 | Tomlinson Interests | TX | 12,900 | 100.0% | 534,297 | 1,404,541 | Explor | D&A |
| 1981 | Ponchatrane | State Lease 74834 #1 | Tomlinson Interests | LA | 15,589 | 100.0% | 1,700,000 | 5,344,285 | Explor | D&A |
| 1981 | S. E. Riverside | Balko #1 | Tomlinson Interests | TX | 11,020 | 100.0% | 796,962 | 2,873,259 | Devel | D&A |
| 1981 | So. Carlton | Scott Paper Co. #1 | Tomlinson Interests | AL | 15,674 | 100.0% | 1,000,000 | 7,413,385 | Explor | D&A |
| 1981 | W. Oakvale | Jeff Altman Est. 30-13 #1 | Tomlinson Interests | MS | 16,716 | 100.0% | N/A | 4,439,619 | Devel | Prod |
| 1982 | Bassfield | Reese #A-1 | Florida Gas Explor. | MS | 16,246 | 38.7% | N/A | 1,994,022 | Devel | Prod |
| 1982 | Bassfield | Barnes 29-1 #1 | Florida Gas Explor. | MS | 16,912 | 38.7% | N/A | 1,802,889 | Devel | Prod |
| 1982 | Greens Crk. | Dale #1 | Marion Corp. | MS | 16,620 | 44.5% | N/A | 1,489,747 | Devel | D&A |
| 1982 | Greens Crk. | Cole 8-7 #1 | Harkins & Co. | MS | 16,597 | 51.2% | N/A | 1,721,744 | Devel | Prod |
| 1982 | Greens Crk. | Barnes 3-14 #1 | Marion Corp | MS | 16,851 | 32.4% | N/A | 1,818,944 | Devel | Prod |
| 1982 | Greens Crk. | F. W. Buckley, 21-13 #1 | Tomlinson Interests | MS | 16,750 | 100.0% | N/A | 1,430,000 | Devel | Prod |

Historical Drilling Records (*contd.*)

| Year | Field | Well | Operator | State | Depth | Pct | N/A Value | Amount | Type1 | Type2 |
|---|---|---|---|---|---|---|---|---|---|---|
| 1982 | Holiday Crk. | Rowland 25-6 #1 | System Fuels Inc | MS | 16,025 | 38.6% | N/A | 1,377,628 | Devel | Prod |
| 1982 | Holiday Crk. | GU 19-13 #1 | System Fuels Inc. | MS | 16,620 | 38.6% | N/A | 1,705,091 | Devel | Prod |
| 1982 | Holiday Crk. | Carter et al #1 | System Fuels, Inc. | MS | 16,160 | 38.6% | N/A | 1,228,515 | Devel | Prod |
| 1982 | Morgantown | Easterling, 16-6 #1 | Tomlinson Interests | MS | 16,840 | 100.0% | N/A | 1,318,000 | Devel | D&A |
| 1982 | Tatum Creek | Tatum Lumber 27-11 #1 | Tomlinson Interests | MS | 16,842 | 100.0% | 1,481,000 | 1,608,097 | Explor | Prod |
| 1982 | West Luby | Bluntzer #1 | Sandefer O & G | TX | 8,260 | 100.0% | N/A | 851,288 | Explor | Prod |
| 1983 | Bassfield | Booth #2 | Florida Gas Explor. | MS | 16,711 | 38.7% | N/A | 2,410,994 | Devel | Prod |
| 1983 | Blackshere | C.O. Oswell 23-3 #1 | Tomlinson Interests | AL | 16,335 | 100.0% | N/A | 1,487,000 | Explor | D&A |
| 1983 | Greens Crk. | Fortenberry 10-11 #2 | Harkins & Co. | MS | 16,825 | 43.3% | N/A | 1,725,000 | Devel | D&A |
| 1983 | N. Patterson | S.L. 9773 #1 | Transco | LA | 17,441 | 100.0% | N/A | 1,520,000 | Explor | D&A |
| 1984 | Holiday Crk. | Dumas Burkett #1 | Inexco Oil | MS | 16,665 | 38.6% | N/A | 1,621,046 | Devel | Prod |
| 1984 | Holiday Crk. | Thompson #1 | L. Mullen | MS | 16,738 | 38.6% | N/A | 1,488,491 | Devel | Prod |
| 1984 | S. E. Shadyside | Shadyside #1 | Tomlinson Interests | TX | 16,700 | 100.0% | N/A | 1,105,000 | Explor | D&A |
| 1984 | Springfield | Yorba Oil Co. #1 | Michael Pet. | TX | 7,150 | 100.0% | N/A | 497,000 | Explor | Prod |
| 1985 | E. Egypt | Gilbert #1 | Texstar N. America | TX | 8,051 | 100.0% | 380,000 | 735,000 | Explor | Prod |
| 1985 | Greens Crk. | Tolar15-6 #1 | Harkins & Co. | MS | 16,754 | 37.4% | N/A | 1,711,996 | Devel | D&A |
| 1985 | Holiday Crk. | McPhail et al #1 | Inexco Oil | MS | 16,694 | 38.6% | N/A | 1,449,780 | Devel | Prod |
| 1985 | Holiday Crk. | Barnes #1 | Mullen-Hathorn-Bass | MS | 16,820 | 38.6% | N/A | 1,297,340 | Devel | Prod |
| 1985 | Johns | Ross et al 34-12 #2 | Tomlinson Interests | MS | 19,419 | 100.0% | N/A | 8,641,302 | Devel | Prod |
| 1985 | Oyster Bayou | Middleton G.U. #1 | Texstar N. merica | TX | 12,815 | 100.0% | 310,000 | 1,182,000 | Explor | D&A |
| 1985 | Pecan Grove | TDC #1 | Ashland | TX | 8,360 | 100.0% | 356,000 | 630,667 | Explor | D&A |
| 1985 | Pecan Grove | Nix #1 | Hanson | TX | 8,890 | 100.0% | 87,451 | 448,165 | Explor | D&A |
| 1986 | Bassfield | Barnes et al #2 | Florida Gas Explor. | MS | 16,500 | 38.7% | N/A | 1,886,801 | Devel | Prod |
| 1986 | Belton Lane | E.H. Haynes #1 | Texstar N. America | TX | 10,300 | 100.0% | 325,500 | 986,545 | Explor | D&A |
| 1986 | E. Egypt | Duncan #1 | Texstar N. America | TX | 7,612 | 100.0% | N/A | 477,150 | Explor | Prod |
| 1986 | East Egypt | Pierce Estate #1 | Texstar N. America | TX | 6,200 | 100.0% | 225,000 | 168,879 | Explor | D&A |

10

Historical Drilling Records (contd.)

| Year | Field | Well | Operator | State | Depth | % | | Value | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1986 | El Campo | Zalman #1 | Texstar N. America | TX | 10,600 | 100.0% | 375,000 | 1,023,462 | Explor | Prod |
| 1986 | Irene | Tusc. RAS Unit | Chesapeak Oper. | LA | 19,497 | 100.0% | N/A | 6,129,805 | Devel | Prod |
| 1986 | Johns | Jones Ross #3 | Tomlinson Interest | MS | 19,285 | 100.0% | N/A | 6,128,749 | Devel | Prod |
| 1986 | Kenedy | C. Gutierrez #1 | Texstar N. America | TX | 13,600 | 100.0% | 375,500 | 1,513,200 | Explor | Prod |
| 1986 | Kenedy | Ida P. Carroll #1 | Texstar N. America | TX | 13,400 | 100.0% | 365,000 | 422,053 | Devel | Prod |
| 1986 | Kenerdy | Johnson #1 | Txstar N. America | TX | 13,600 | 100.0% | N/A | 911,694 | Explor | D&A |
| 1986 | Pecan Grove | R.E. Smith #1 | Hanson | TX | 8,600 | 100.0% | 300,000 | 486,000 | Explor | Prod |
| 1986 | Spring Bank | Patton #1 | Conoco | TX | 11,400 | 45.0% | 400,000 | 499,500 | Explor | D&A |
| 1986 | W. Cleveland | Orange Rice Milling #1 | Hilty Int. | TX | 8,225 | 25.0% | 100,000 | 121,060 | Explor | D&A |
| 1986 | Wadsworth | Wadsworth #1 | McCord | TX | 9,812 | 25.0% | 50,000 | 117,200 | Devel | D&A |
| 1987 | El Campo | City of El Campo #1 | Texstar N. America | TX | 11,398 | 100.0% | 113,245 | 1,698,886 | Devel | Prod |
| 1987 | Kenedy | Carroll #2 | Texstar N. America | TX | 13,613 | 100.0% | N/A | 425,177 | Devel | D&A |
| 1987 | Kenedy | Carroll #3 | Texstar N. America | TX | 13,201 | 100.0% | N/A | 1,063,224 | Devel | D&A |
| 1987 | Kenedy | Berry #1 | Texstar N. America | TX | 13,612 | 100.0% | N/A | 988,476 | Devel | Prod |
| 1987 | Pecan Grove | TDC #1 | Hanson | TX | 8,625 | 100.0% | N/A | 1,157,231 | Devel | Prod |
| 1987 | Pine Lake | Winslow #1 | Texstar N. America | TX | 11,900 | 100.0% | N/A | 1,096,324 | Explor | Prod |
| 1987 | Tres Coronas | Moore #1 | Texstar N. America | TX | 11,000 | 100.0% | 131,947 | 920,768 | Explor | Prod |
| 1988 | Greens Crk | Frank Buckley 33-6 #1 | Getty Oil | MS | 16,840 | 47.9% | N/A | 1,887,271 | Devel | Prod |
| 1988 | Kenedy | Newberry #1 | Texstar N. America | TX | 13,605 | 100.0% | N/A | 1,302,047 | Explor | Prod |
| 1988 | Oyster Bayou | Middleton #1 | Texstar N. America | TX | 10,500 | 100.0% | 535,000 | 683,217 | Explor | D&A |
| 1988 | S. E. Chitsey | Chitsey #1 | Weeks Explor. | MS | 13,500 | 25.0% | 265,000 | 724,597 | Explor | D&A |
| 1988 | S. Wolf Creek | Waller #1 | Texstar N. America | MS | 16,000 | 100.0% | 147,517 | 702,964 | Explor | D&A |
| 1988 | S. Wolf Creek | Brenner #1 | Texstar N. America | MS | 16,288 | 100.0% | 536,111 | 1,277,706 | Devel | Prod |
| 1988 | Winchester | Mauldin #1 | Texstar N. America | MS | 15,873 | 100.0% | 220,000 | 2,069,359 | Explor | Prod |
| 1989 | Buccatuma | Land #1 | Texstar N. America | TX | 12,340 | 100.0% | 80,000 | 788,060 | Devel | D&A |
| 1989 | Kenedy | Malmberg #1 | Texstar N. America | TX | 13,175 | 100.0% | N/A | 1,221,207 | Explor | D&A |

11

**Historical Drilling Records (contd.)**

| Year | Field | Well | Operator | State | Depth | WI% | Cost | Value | Type | Status |
|---|---|---|---|---|---|---|---|---|---|---|
| 1989 | Kenedy | Homeyer #1 | Texstar N. America | TX | 13,600 | 100.0% | N/A | 1,193,091 | Devel | Prod |
| 1989 | Kenedy | Homeyer #2 | Texstar N. America | TX | 13,608 | 100.0% | N/A | 1,414,931 | Devel | Prod |
| 1989 | Kenedy | Newberry #2 | Texstar N. America | TX | 12,990 | 100.0% | N/AO | 936,454 | Devel | Prod |
| 1989 | Winchester | Jordan #1 | Texstar N. America | MS | 16,093 | 100.0% | N/A | 2,217,849 | Devel | D&A |
| 1990 | Boykin Church | Franscogna #1 | Amerada Hess | MS | 16,864 | 100.0% | 486,878 | 1,130,964 | Explor | D&A |
| 1990 | Johns | Cox et al 33-5 #1 | Tomlinson Interests | MS | 18,495 | 100.0% | N/A | 6,789,022 | Devel | Prod |
| 1992 | Boykin Church | Southeastern #1 | Placid | MS | 13,800 | 25.0% | 285,250 | 1,066,829 | Explor | D&A |
| 1993 | Battles | Glenpool #1 | Coho | MS | 17,710 | 100.0% | 596,000 | 869,000 | Explor | D&A |
| 1993 | Langsdale | TexStar-Bennett #1 | Ogden | MS | 14,714 | 100.0% | 100,000 | 230,445 | Explor | D&A |
| 1993 | Reedy Creek | BOS 16-6 #1 | Pogo | MS | 8,000 | 100.0% | 87,945 | 423,000 | Devel | Prod |
| 1994 | Reedy Creek | BOS 16-4 #1 | Coho | MS | 15,695 | 100.0% | 615,000 | 1,115,000 | Devel | D&A |
| 1996 | Kenedy | Ruby Young #1 | Cheyenne Petroleum | TX | 16,713 | 100.0% | N/A | 3,182,915 | Explor | D&A |
| 1996 | Reedy Creek | BOE 16-3#1 | Texstar Petroleum | MS | 14,825 | 100.0% | 850,000 | 1,083,201 | Explor | Prod. |
| 1997 | Big Creek | Fina #1 | Anadarko Pet. | MS | 19,053 | 100.0% | N/A | 1,349,788 | Explor | D&A |
| 1997 | Grandes | N/Aur S Minerals #1 | Texstar Petroleum | TX | 16,700 | 100.0% | N/A | 1,120,888 | Explor | D&A |
| 1997 | Jennings | H. Deustch #1 | Tom Brown, Inc. | LA | 14,970 | 100.0% | N/A | 2,833,245 | Explor | D&A |
| 1997 | Lawson | 5-H Farms #1 | Total Minnatome | LA | 11,012 | 100.0% | N/A | 211,000 | Devel | Prod |
| 1997 | Lawson | Schuh #1 | Total Minnatome | LA | 15,067 | 100.0% | N/A | 3,458,119 | Devel | Prod |
| 1997 | Morgantown | BOE 16-14 #1 | Texstar Petroleum | MS | 21,224 | 100.0% | N/A | 3,143,887 | Explor | Prod |
| 1997 | Mozelle Dome | Butler 5-5 #1 | Roundtree & Assoc. | MS | 13,724 | 25.5% | 87,349 | 1,100,733 | Explor | Prod |
| 1997 | Oakvale Dome | K. S. Byrd #1 | Texstar Petroleum | MS | 16,785 | 100.0% | 567,955 | 2,312,844 | Explor | Prod. |
| 1997 | Reedy Creek | BOE 16-3 #2 | Texstar Petroleum | MS | 10,020 | 100.0% | N/A | 788,635 | Devel | Prod |
| 1997 | Reedy Creek | H. Hosey 9-14 #1 | Texstar Petroleum | MS | 15,350 | 100.0% | N/A | 1,126,669 | Devel | Prod |
| 1997 | Reedy Creek | Herrin 9-7 #1 | Texstar Petroleum | MS | 10,008 | 100.0% | N/A | 689,337 | Devel | Prod |
| 1997 | So. Big Creek | G. W. Mason 17-10 #1 | Aviara | MS | 16,309 | 100.0% | N/A | 1,365,033 | Explor | Prod |
| 1997 | White Castle | S. L. 14371 #1 | Samedan | LA | 13,200 | 100.0% | N/A | 877,991 | Explor | Prod |

12

**Historical Drilling Records** (*contd.*)

| Year | Field | Well | State | Depth | Interest | Net Revenue | Cost | Type | Class |
|------|-------|------|-------|-------|----------|-------------|------|------|-------|
| 1998 | Baber | Rau-Allen #1 | TX | 6,408 | 25.0% | 65,000 | 285,642 | Explor | Prod |
| 1998 | East Buffalo | Harrington #1 | TX | 17,650 | 50.0% | N/A | 4,166,879 | Explor | D&A |
| 1998 | Lawson | Schuh #2 | LA | 15,600 | 100.0% | N/A | 5,120,175 | Devel | Prod |
| 1998 | Oakhill | Lake Creek Unit #1 | TX | 10,200 | 94.0% | N/A | 745,322 | Devel | Prod |
| 1998 | Oakhill | Lake Creek Unit #2 | TX | 10,200 | 94.0% | N/A | 1,230,003 | Devel | Prod |
| 1998 | Oakhill | Lake Creek Unit #3 | TX | 10,200 | 94.0% | N/A | 1,041,887 | Devel | Prod |
| 1998 | Oakhill | Lake Creek Unit #4 | TX | 10,200 | 94.0% | N/A | 1,112,344 | Devel | Prod |
| 1998 | Oakhill | Lake Creek Unit #6 | TX | 10,200 | 94.0% | N/A | 1,239,945 | Devel | Prod |
| 1998 | Oakhill | Malcolm Young #1 | TX | 10,200 | 94.0% | N/A | 1,377,333 | Devel | Prod |
| 1998 | Oakvale Dome | Fortenberry 32-13 #1 | MS | 16,804 | 10.0% | N/A | 4,132,446 | Devel | Prod |
| 1998 | Oakvale Dome | Howell Petrol. 32-4 #1 | MS | 16,400 | 100.0% | N/A | 4,097,551 | Devel | Prod |
| 1998 | Pachuta Creek | Unit 26-9 #1 | MS | 13,752 | 100.0% | 118,566 | 735,931 | Explor | D&A |
| 1998 | Wausau | BOE 16-12 #1 | MS | 16,830 | 100.0% | 438,000 | 1,347,297 | Explor | Prod |
| 1998 | White Castle | S. L. 14720 #2 | LA | 13,820 | 100.0% | N/A | 1,123,119 | Devel | Prod |
| 1999 | Old Ocean | OOU #234 | TX | 11,098 | 100.0% | N/A | 1,381,996 | Devel | D&A |
| 1999 | Old Ocean | OOU #235 | TX | 12,100 | 100.0% | N/A | 1,958,775 | Devel | Prod |

13